# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| United States of America<br>v.<br>WALLY ROY CARTER<br><br>*Defendant(s)* | )<br>)<br>) Case No. 4:20-mj-00085-SAO<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2014-2017__ in the county of _____ in the _____ District of __Alaska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1591(a)(1) and (b)(1) | Sex Trafficking of a Minor |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jolene Goeden, Special Agent
*Printed name and title*

Sworn to before me ~~and signed~~ in my presence.

Date: **December 18, 2020**

_____
*Judge's signature*

City and state: Fairbanks, Alaska | Honrable Scott A. Oravec, Magistrate Judge
*Printed name and title*