# UNITED STATES DISTRICT COURT
## for the
### District of Alaska

**RECEIVED**

**DEC 21 2020**

United States Marshals Service
District of Alaska

United States of America
v.
WALLY ROY CARTER

Case No. 4:20-mj-00085-SAO

USMS - D/ALASKA - WARRANTS
FID # 11216906
WARRANT # 2106-1221-0233-J
Entered NCIC NO
Entered APSIN _____

Removed NCIC _____
Removed APSIN _____

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **WALLY CARTER**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violations of 18 USC 1591(a)(1) and (b)(1), Sex Trafficking of a Minor, on or about 2014-2017 in the District of Alaska, as further described in the Complaint and Affidavit.

Date: December 18, 2020

*Issuing officer's signature*

City and state: Fairbanks, Alaska

Scott Oravec, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12-21-2020, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: SUBJECT IN FEDERAL CUSTODY AS OF 12/17/20 PER AGENT

*Arresting officer's signature*

*Printed name and title*